**147-15**

# ELECTRONIC RECORD

COA #   12-14-00356-CR          OFFENSE:  37.09

STYLE:  Jody Ford McCreary v. The State of
Texas                                    COUNTY:  Smith

COA DISPOSITION:  DISSMISSED FOR
WANT OF
JURISDICTION            TRIAL COURT:  7th District Court

DATE: 01/07/2015          · Publish: NO   TC CASE #:    007-1110-10


# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Jody Ford McCreary v. The State of
Texas                                CCA #:  **147-15**

_____PRO SE_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_Refused_                                JUDGE: _____

DATE: _05/13/2015_                        SIGNED: _____    PC: _____

JUDGE: _Per Curiam_                      PUBLISH: _____    DNP: _____

                                -------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____


**ELECTRONIC RECORD**